FILED
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                 DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>     v.<br><br>Ryan Christian Law<br><br>                Defendant. | Case No.: 12 – 0444 M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND/COMMUNITY TIES
• UNKNOWN Bail Resources

1 | and/or

2 | B.      ( )      The defendant has not met his/her burden of establishing by clear and

3 | convincing evidence that he/she is not likely to pose a danger to the

4 | safety of any other person or the community if released under 18

5 | U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | _____

7 | _____

8 | _____

9 | _____

10 |

11 |

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 | revocation proceedings.

14 |

15 | Dated: 11/27/12

16 | HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2